IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| AMBER HEAD, | § | |
| LESTER LEE TUCK III, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Cause No. 7:15-cv-208-HLH |
| | § | |
| FLORIO HOLDINGS, LLC, | § | |
| d/b/a FLORIO LAND SERVICES, and, | § | |
| CHASE B. FLORIO, | § | |
| | § | |
| Defendants. | § | |

**AMENDED JOINT MOTION TO APPROVE
FLSA SETTLEMENT AND DISMISSAL SUIT**

Amber Head and Lester Lee Tuck, III (hereinafter "Plaintiffs") and Florio Holdings, LLC, d/b/a Florio Land Services, and Chase B. Florio (hereinafter "Defendants") file this Amended Joint Motion to Approve FLSA Settlement and Dismiss Suit ("Joint Motion"), and seek an Order:

1. Granting approval of the Settlement Agreement and General Release that is filed under seal as Document number 20-1;

2. Dismissing with prejudice the suit filed by Plaintiff as Cause No. 7:15-cv-208-HLH.

WHEREFORE, the parties request that the Court sign and enter an order approving the settlement of the above captioned action and dismissing same with prejudice.

DATED: June _____, 2016.

\\\.                                      1

Respectfully submitted,

By:   /s/Charles L. Scalise
**Charles L. Scalise**
State Bar No. 2406421
Email: Charles@rosslawgroup.com

OF

ROSS LAW GROUP
1104 San Antonio Street
Austin, Texas 78701
(512) 474-7677
(512) 474-5306 (Fax)

**ATTORNEYS FOR PLAINTIFFS,
AMBER HEAD AND LESTER LEE TUCK III**

AND

By:   /s/Melinda D. Hamm
**Melinda D. Hamm**
State Bar No. 24059924
Email: mhamm@cbtd.com

OF

COTTON, BLEDSOE, TIGHE & DAWSON
A Professional Corporation
P. O. Box 2776
Midland, Texas 79702
(432) 684-5782
(432) 682-3672 (Fax)

**ATTORNEYS FOR DEFENDANTS,
FLORIO HOLDINGS, LLC, d/b/a
FLORIO LAND SERVICES, and,
CHASE B. FLORIO**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of June, 2016, a true and correct copy of the above and foregoing instrument has been forwarded by e-mailing, facsimile transmission, and/or certified mail, return receipt requested to the following counsel of record:

***Via Email: Charles@rosslawgroup.com***
Charles L. Scalise
Daniel B. Ross
ROSS LAW GROUP
1104 San Antonio Street
Austin, Texas 78701

                                            /s/Melinda D. Hamm
                                            Melinda D. Hamm