IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| AMBER HEAD, § | | |
| LESTER LEE TUCK III, § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | Cause No. 7:15-cv-208-HLH | |
| § | | |
| FLORIO HOLDINGS, LLC, § | | |
| d/b/a FLORIO LAND SERVICES, and, § | | |
| CHASE B. FLORIO, § | | |
| § | | |
| Defendants. § | | |

**ORDER GRANTING AMENDED JOINT MOTION TO APPROVE
FLSA SETTLEMENT AND DISMISSAL OF SUIT**

ON THIS DAY came on to be considered the Amended Joint Motion to Approve FLSA Settlement and Dismissal of Suit and the Court finds that such Amended Motion is appropriate and hereby GRANTS said Amended Motion; accordingly,

IT IS THEREFORE, ORDERED that the AMENDED JOINT MOTION TO APPROVE FLSA SETTLEMENT AND DISMISSAL OF SUIT is GRANTED.

SIGNED this _____ day of _____, 2016.

_____
PRESIDING JUDGE
UNITED STATES MAGISTRATE JUDGE

\\\.