IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| AMBER HEAD and LESTER LEE TUCK III, § | |
|     *Plaintiffs*, § | |
| § | |
| v. § | No. MO:15-CV-00208-DC |
| § | |
| FLORIO HOLDINGS, LLC, d/b/a FLORIO § | |
| LAND SERVICES and CHASE B. FLORIO, § | |
|     *Defendants*. § | |

## ORDER GRANTING AMENDED JOINT MOTION TO APPROVE SETTLEMENT

BEFORE THE COURT is the Parties' Joint Motion to Approve FLSA Settlement and Dismissal of Suit (Doc. 24) and the Parties' Amended Joint Motion to Approve FLSA Settlement and Dismissal of Suit (Doc. 25). Plaintiffs Amber Head and Lester Lee Tuck, III ("Plaintiffs") and Defendants Florio Holdings, LLC, d/b/a Florio Land Services, and Chase B. Florio ("Defendants") have arrived at a settlement and have requested court approval of their Settlement Agreement. (Doc. 23). This case is before the undersigned U.S. Magistrate Judge pursuant to the consent of the Parties and in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. (Doc. 17). The Court has reviewed the proposed Settlement Agreement and finds that the settlement of this action is fair to all Parties, reasonably resolves a bona fide disagreement between the Parties concerning the merits of the claims asserted in this action, and demonstrates a good faith intention by the Parties to fully and finally resolve all claims asserted. Accordingly, the Court hereby enters **FINAL JUDGMENT** in this case and **ORDERS** the case to be **CLOSED**.

It is therefore **ORDERED** that the Parties' Amended Joint Motion to Approve FLSA Settlement and Dismissal of Suit (Doc. 25) is hereby **GRANTED** and the Settlement Agreement is **APPROVED**.

It is further **ORDERED** that any other pending motions are **DENIED** as moot. (Doc. 24).

It is finally **ORDERED**, **ADJUDGED**, and **DECREED** that all of Plaintiffs' claims against Defendants are hereby **DISMISSED WITH PREJUDICE**, with costs of court and attorney fees being assessed against the Party incurring same, except as otherwise provided in the Settlement Agreement.

It is so **ORDERED**.

SIGNED this 8th day of June, 2016.

_____
DAVID COUNTS
U.S. MAGISTRATE JUDGE